# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-1371

_____

In re: John O. Murrin, III

*Respondent - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: July 17, 2014
Filed: July 22, 2014
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Attorney John Murrin appeals the district court's[1] order effectively reinstating an earlier court order suspending him from practicing law in the District of Minnesota. Upon careful review, we conclude that Murrin's constitutional arguments are without merit, and we find no abuse of discretion. See In re Hoare, 155 F.3d 937, 940 (8th Cir. 1998) (disciplinary orders are reviewed for abuse of discretion; district court's authority to suspend attorney is inherent power derived from attorney's role as officer of court). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota.